TO: Clerk's Office
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**APPLICATION FOR LEAVE**
**TO FILE DOCUMENT UNDER SEAL**

*********************************

United States

-v.-

Ilya Kahn

23-MJ-1133
Docket Number

*********************************

SUBMITTED BY: Plaintiff ___ Defendant ___ DOJ ✓
Name: Craig R. Heeren
Firm Name: U.S. Attorney's Office - EDNY
Address:  271 Cadman Plaza
          Brooklyn, NY 11201
Phone Number: 718-254-7000
E-Mail Address: craig.heeren@usdoj.gov

INDICATE UPON THE PUBLIC DOCKET SHEET: YES ___ NO ✓
If yes, state description of document to be entered on docket sheet:
_____
_____
_____

**MANDATORY CERTIFICATION OF SERVICE:**
A.) ___ A copy of this application either has been or will be promptly served upon all parties to this action, B.) ___ Service is excused by 31 U.S.C. 3730(b), or by the following other statute or regulation: ___; or C.) ✓ This is a criminal document submitted, and flight public safety, or security are significant concerns.
(Check one)

12/22/23
DATE

[signature]
SIGNATURE

**A)** If pursuant to a prior Court Order:
Docket Number of Case in Which Entered: _____
Judge/Magistrate Judge: _____
Date Entered: _____

**B)** If a **new** application, the statute, regulation, or other legal basis that authorizes filing under seal
_____
_____

**ORDERED SEALED AND PLACED IN THE CLERK'S OFFICE, AND MAY NOT BE UNSEALED UNLESS ORDERED BY THE COURT.**

DATED: Brooklyn, NEW YORK
       December 22, 2023

[signature]
**U.S. MAGISTRATE JUDGE**

RECEIVED IN CLERK'S OFFICE _____
                           DATE