

| | |
|---|---|
| | U.S. Department of Justice |
| | *United States Attorney*<br>*Eastern District of New York* |
| MS<br>F.#2023R00925 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

October 31, 2024

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    United States v. Ilya Kahn
                  Docket No. 24-CR-56 (AMD)

Dear Judge Donnelly:

        The government writes, with the consent of the defendant, to request that the Court schedule a change of plea hearing for the defendant. The parties have discussed with Chambers, and respectfully propose that the hearing be scheduled for November 7, 2024 at 12:00 PM. Time has already been excluded under the Speedy Trial Act through November 12, 2024. See Minute Order of September 27, 2024.

                                          Respectfully submitted,

                                          BREON PEACE
                                          United States Attorney

                          By:    /s/ Matthew Skurnik
                                          Artie McConnell
                                          Matthew Skurnik
                                          Assistant U.S. Attorneys
                                          (718) 254-7000

cc:     Clerk of court (AMD) (by ECF)
         Counsel for defendant (by ECF)