

U.S. Department of Justice

United States Attorney
Eastern District of New York

FR:LDM
F. #2023R00925

271 Cadman Plaza East
Brooklyn, New York 11201

February 26, 2025

By ECF
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Ilya Kahn
                Criminal Docket No. 24-56 (S-1) (AMD)

Dear Judge Donnelly:

      Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant, Ilya Kahn, has agreed to in connection with his guilty plea accepted by Your Honor on November 7, 2024. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

      Thank you for Your Honor's consideration of this submission.

                                    Respectfully submitted,

                                    JOHN J. DURHAM
                                    United States Attorney

                       By:   /s/ Laura D. Mantell
                              Laura D. Mantell
                              Assistant U.S. Attorney
                              (718) 254-6253

Encl.:  Preliminary Order of Forfeiture
cc:     Counsel of Record (by ECF)