MJC
F. #2023R00925

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – X

| | |
|---|---|
| UNITED STATES OF AMERICA | **CERTIFICATE OF SERVICE** |
| - against - | Criminal Docket No. 24-56 (S-1) (AMD) |
| ILYA KAHN, | |
| Defendant. | |

– – – – – – – – – – – – – – – X

      I, Alfred Pelargu, hereby certify that on August 21, 2025, I caused to be served Notice of Forfeiture and a copy of the Preliminary Order of Forfeiture, pursuant to 21 U.S.C. § 853(n)(1) in the above-captioned action, by FedEx, (attached hereto) upon:

Tatiana Armbruster
█████████████

Sherman Oaks, New York ████

Dated:   Brooklyn, New York
            August 21, 2025

                                                            /s/ Alfred Pelargu
                                                             Alfred Pelargu
                                                             Forfeiture Support Associates
                                                             Senior Law Clerk
                                                             United States Attorney's Office
                                                             271-A Cadman Plaza East
                                                             Brooklyn, New York 11201
                                                             (718) 254-6060





ORIGIN ID:EGXA　(718) 254-7533
MICHAEL J. CASTIGLIONE
US ATTORNEY OFFICE
271 CADMAN PLAZA EAST

BROOKLYN, NY 11201
UNITED STATES US

SHIP DATE: 21AUG25
ACTWGT: 1.00 LB
CAD: 101276931/INET4535

BILL SENDER

TO　**TATIANA ARMBRUSTER**

**SHERMAN OAKS CA**
(718) 254-7533
REF:
INV:
PO:　　DEPT:

FedEx Express

FRI - 22 AUG 5:00P
STANDARD OVERNIGHT

TRK# 8837 4792 3549
0201

**XA VNYA**

91402
CA-US  BUR