UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA, | <u>FINAL ORDER OF FORFEITURE</u> |
| - against - | 24-CR-56 (S-1) (AMD) |
| ILYA KAHN, | |
| Defendant. | |

- - - - - - - - - - - - - - - - -X

WHEREAS, on or about November 7, 2024, Ilya Kahn (the "defendant"), entered a plea of guilty to Counts One and Two of the above-captioned Superseding Information, charging violations of 50 U.S.C. §§ 4819(a)(1), 4819(a)(2)(A)-(G), and 4819(b), and 26 U.S.C. § 7201;

WHEREAS, on February 27, 2025, this Court entered a Preliminary Order of Forfeiture ("Preliminary Order") pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, providing for the entry of a forfeiture money judgment in the amount of four million nine hundred twenty-three thousand five hundred forty-eight dollars and ninety-four cents ($4,923,548.94) (the "Forfeiture Money Judgment"), in addition to finding that all right, title and interest in the following assets (collectively, the "Seized Assets"):

(i) one box labeled "75" containing black digital chips, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(ii) one box of "Senseys" microchips and microelectronics, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(iii) three boxes of wafers, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(iv) 11 boxes containing microelectronics, seized by law enforcement on or about January 17, 2024, in Sherman Oaks, California;

(v) $360,222.41, more or less, seized on or about April 18, 2024, from Bank of America account number XXXXXXXX5692, held in the name of Senesys, Inc., and all proceeds traceable thereto;

(vi) $61,349.68, more or less, seized on or about April 18, 2024, from Bank of America account number XXXXXXXX3585, held in the name of Ilya Alexander Kahn, d/b/a Sensor Design LP, and all proceeds traceable thereto;

(vii) $433,039.97, more or less, seized on or about April 18, 2024, from Bank of America account number XXXXXXXX7401, held in the name of Ilya Alexander Kahn, d/b/a Sensor Design LP, and all proceeds traceable thereto; and

(viii) $355,143.08, more or less, seized on or about April 15, 2024, from JPMorgan Chase Bank, N.A. account number XXXXXXXXXXX2084, held in the name of Senesys, Inc., and all proceeds traceable thereto,

are forfeitable to the United States, pursuant to 50 U.S.C. § 4819(d)(1), as (a) any property: (i) used or intended to be used, in any manner, to commit or facilitate the defendant's violation of 50 U.S.C. §§ 4819(a)(1), 4819(a)(2)(A)-(G) and 4819(b); (ii) constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of such offense; (iii) constituting an item or technology that was exported or intended to be exported in violation of the Export Control Reform Act; and/or (b) substitute assets, pursuant to 21 U.S.C. § 853(p), as incorporated by 50 U.S.C. § 4819(d)(2) (Docket No. 33);

WHEREAS, legal notice of the forfeiture was published in this district on the official government website, www.forfeiture.gov, for thirty (30) consecutive days beginning June 10, 2025 through and including July 9, 2025 (Docket No. 35);

WHEREAS, on or about August 21, 2025, the government served via FedEx, notice to all those persons known to the government, who might have an interest in the Seized Assets (Certificate of Service as to Notice of Potential Third Parties, Docket No. 36); and

WHEREAS, no third party has filed with the Court any petition or claim in connection with the Seized Assets and the time to do so under 21 U.S.C. § 853(n)(2) has expired.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that pursuant to 50 U.S.C. §§ 4819(d)(1) and 4819(d)(2), and 21 U.S.C. § 853(p), and the Preliminary Order, all right, title, and interest in the Seized Assets and any payments towards the Forfeiture Money Judgment are hereby condemned, forfeited, and vested in the United States of America. The forfeiture of the Seized Assets shall be credited towards the Forfeiture Money Judgment.

IT IS FURTHER ORDERED that the U.S. Marshals Service, or its duly authorized agents and/or contractors be, and hereby are, directed to dispose of the Seized Assets and any and all other payments towards the Forfeiture Money Judgment in accordance with all applicable laws and regulations.

IT IS FURTHER ORDERED that the United States District Court for the Eastern District of New York shall retain jurisdiction over this case for the purposes of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental orders of forfeiture as may be necessary.

IT IS FURTHER ORDERED that the Clerk of Court shall enter final judgment of forfeiture to the United States in accordance with the terms of this Final Order of

Forfeiture and the Preliminary Order, and the Final Order of Forfeiture shall be made part of the defendant's sentencing and included in the judgment of conviction.

IT IS FURTHER ORDERED that the Clerk of Court shall send by inter-office mail three (3) certified copies of this executed Final Order of Forfeiture to the United States Attorney's Office, Eastern District of New York, Attn: Alfred Pelargu, FSA Senior Law Clerk, 271-A Cadman Plaza East, Brooklyn, New York 11201.

Dated:   Brooklyn, New York
            October 14, 2025

SO ORDERED:

_____s/Ann M. Donnelly_____
HONORABLE ANN M. DONNELLY
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK