

**ELJN | ELLIOTT LEVINE JAROSLAW NEILS LLP**

One Grand Central Place
60 East 42nd Street, Suite 1570
New York, NY 10165
tel: +1 (212) 321-0510

www.eljnlaw.com

Ilene Jaroslaw
ijaroslaw@eljnlaw.com
Direct: +1 (917) 763-9852

February 18, 2026

*Via ECF*

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    *United States v. Kahn*, 24 Cr. 56 (S-1) (AMD)

Dear Judge Donnelly:

This firm represents Ilya Kahn, who is awaiting sentencing on the above-referenced case. On behalf of my client, I respectfully submit his request for the appointment of a CJA lawyer. His signed form CJA-23 is submitted under seal. Mr. Kahn respectfully moves that his CJA-23 application be filed under seal on the basis that it contains personal, financial information. We further request that the Court accept a redacted version of this letter on the public docket and order the unredacted version to be filed under seal on this same basis.



We request redaction of the foregoing paragraph, which includes personal, financial information.

Together with my colleague Sara Probber, we would be grateful to continue to represent Mr. Kahn at CJA rates, if the Court so orders. Alternatively, I respectfully ask the Court to entertain a forthcoming motion to be relieved as counsel.

Respectfully submitted,

ELLIOTT LEVINE JAROSLAW NEILS LLP

February 18, 2026
Page 2

By:  Ilene Jaroslaw

cc:  All counsel *via ECF*